# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

U.S. BANK NATIONAL ASSOCIATION,

      Plaintiff,

v.

JOHNNY A. RIBEIRO, JR.,

      Defendants.

2:11-CV-1534 JCM (VCF)

### ORDER

Presently before the court is matter of *U.S. Bank National Association v. Ribeiro*, case number 2:11-cv-01534-JCM-VCF.

As a preliminary matter, six similar cases have been consolidated into this case number "for pretrial purposes, including case management, discovery and dispositive motion practice, including motions for summary judgment." (Doc. # 20).[1] Seven partial summary judgments have been filed in this case (docs. ## 41, 42, 43, 46, 50, 51, 52), along with responses in opposition (docs. ## 117-122) and replies (docs. ## 127-133). Additionally, defendant filed a counter-motion for summary judgment. (Doc. # 72). Each of plaintiff's partial summary judgment motions pertains to the facts and loans in one of the seven cases.

. . .

---

[1] The other six case numbers are: (1) 2:11-cv-01540; (2) 3:11-cv-00689; (3) 3:11-cv-00690; (4) 3:11-cv-00691; (5) 3:11-cv-00695; and (6) 3:11-cv-00696.

**James C. Mahan**
**U.S. District Judge**

The parties have filed a notice of settlement. (Doc. # 139). The parties have "reached a settlement" and "are currently drafting the settlement documents." (*Id.*). The notice of settlement has mooted the current pending motions. The motions are therefore denied without prejudice.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's seven partial summary judgment motions (docs. ## 41, 42, 43, 46, 50, 51, and 52) be, and the same hereby, are DENIED as moot. The motions are denied without prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that defendant's counter-motion for summary judgment (doc. # 72) be, and the same hereby, is DENIED as moot. The motion is denied without prejudice.

DATED February 28, 2013.

_____
**UNITED STATES DISTRICT JUDGE**